# EXHIBIT A

### *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

**Attention:**   Mr. Jack J. Ezon

File #:        00053-001
Inv #:         11718

**RE:**   Alco Stores/Asset Analysis and Recovery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-09-15 | Participate in Creditors Committee call | 0.90 | 360.00 | NO |
| Jan-14-15 | Review E-mail from lead  Committee counsel regarding Agency Agreement with Tiger (.1), review draft of proposed Amendment to Agency Agreement with Tiger ( .1). | 0.20 | 80.00 | NO |
| Jan-19-15 | Review E-mail from member of Creditors Committee, review E-mail from Committee lead counsel | 0.10 | 40.00 | NO |
| Jan-21-15 | Review GlassRatner January 11 Variance Report analysis | 0.10 | 40.00 | NO |
| Jan-22-15 | Review Agreed Motion to continue Parks and Wildlife hearing | 0.10 | 40.00 | NO |
| | Totals | 1.40 | $560.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| | Neil Orleans | 1.40 | $400.00 | $560.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$560.00** |
| Previous Balance | 3,762.25 |
| Previous Payments | 2,784.00 |

**Balance Due and Owing**

$1,538.25

## PAYMENT DETAILS

Jan-09-15                                                                                      2,080.00
Jan-30-15                                                                                        704.00

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

# *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

**Attention:**  Mr. Jack J. Ezon

File #:        00053-002
Inv #:          11719

**RE:**   Alco Stores/Asset Disposition

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-08-15 | Review memo regarding procedures for rejection of executory contracts and unexpired leases | 0.10 | 40.00 | NO |
| Jan-14-15 | Review Debtor's Notice of Rejection of executory contracts and/or unexpired leases | 0.10 | 40.00 | NO |
| Jan-16-15 | Review 2nd Notice of Rejection of unexpired leases | 0.10 | 40.00 | NO |
| Jan-22-15 | Review Motion to Assume and Assign unexpired leases, review Amended Motion to Assume and Assign unexpired leases | 0.10 | 40.00 | NO |
| Jan-27-15 | Review GlassRatner Variance Report of January 22,2015 | 0.10 | 40.00 | NO |
| Jan-30-15 | Review Debtor's 2nd Notice of Amended Exhibits B and C to assume and assign unexpired leases | 0.10 | 40.00 | NO |
| | Totals | 0.60 | $240.00 | |

FEE SUMMARY:

| | | | |
|---|---|---|---|
| Neil Orleans | 0.60 | $400.00 | $240.00 |

| Total Fees & Disbursements | $240.00 |
| Previous Balance | 320.00 |
| Previous Payments | 256.00 |
| **Balance Due and Owing** | |
| | **$304.00** |

## PAYMENT DETAILS

Jan-30-15                                                                256.00

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-003 |
| Inv #: | 11720 |

**Attention:**  Mr. Jack J. Ezon

**RE:**     Alco Stores/Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-06-15 | Review Debtor's Amended Motion regarding extension of time to assume/reject leases ( .1), review Debtor's Motion to continue hearing on Motion for Order fixing cure amounts for assumed and assigned leases (.1), review Witness and Exhibit List for January 9 hearing ( .1), review Agenda for January 9 hearing ( .1) | 0.40 | 160.00 | NO |
| Jan-07-15 | E-mail to lead Committee counsel, review E-mail from same | 0.10 | 40.00 | NO |
| | Review GlassRatner Variance Report through December 28,2014 | 0.10 | 40.00 | NO |
| | Telephone conference with attorney for an unsecured creditor | 0.10 | 40.00 | NO |
| Jan-08-15 | Review E-mails from the Court, download and review Court Order regarding expedited hearing for January 9, 2015 and review Court Order regarding continuing hearing on another motion until March 6, 2015 | 0.10 | 40.00 | NO |
| Jan-09-15 | Review Amended Agenda for January 9 hearing | 0.10 | 40.00 | NO |
| | E-mail to lead counsel fro the Committee regarding Court rulings- January 9 hearing | 0.10 | 40.00 | NO |

| Jan-13-15 | Review E-mail from attorney for the Debtor, download and review November 30 Monthly Operating Report | 0.20 | 80.00 | NO |
| Jan-16-15 | Review Motion to approve settlement with Tiger and review 2 attachments to the Motion | 0.20 | 80.00 | NO |
| Jan-20-15 | Review Debtor's Motion for expedited hearing regarding proposed Tiger agreement and review Court Order regarding same (.1), review E-mail from lead counsel for the Committee and respond to his E-mail (.1). | 0.20 | 80.00 | NO |
| Jan-21-15 | Review Motion for Sanctions- Fox Run and review request for expedited hearing | 0.20 | 80.00 | NO |
| | Review E-mail from attorney for the Debtor,download and review Motion to approve settlement with Tiger and review two exhibits to the Motion- proposed Order and proposed Amendment to Agency Agreement | 0.20 | 80.00 | NO |
| Jan-22-15 | Brief review of Blackhawk Network Adversary against Debtor and brief review of exhibits for the adversary | 0.20 | 80.00 | NO |
| | Review Agenda for January 26,2015 hearing | 0.10 | 40.00 | NO |
| Jan-23-15 | Brief review of Eastman Family Trust applied Application fro Administrative Expense | 0.10 | 40.00 | NO |
| Jan-26-15 | Review E-mail from lead counsel for the Committee and attachment to the E-mail | 0.10 | 40.00 | NO |
| | Review Debtor's Notice of Hearing for February 4 | 0.10 | 40.00 | NO |
| Jan-27-15 | Review Order approving settlement with Tiger | 0.10 | 40.00 | NO |
| Jan-28-15 | Review 4th Notice regarding  rejection of unexpired leases | 0.10 | 40.00 | NO |
| | Review Notice regarding Amended Exhibits B and C to Amended Motion to Assume and Assign unexpired leases | 0.10 | 40.00 | NO |
| | Review Notice of Hearing regarding Amended | 0.10 | 40.00 | NO |

Motion to Assume and Assign unexpired
leases

| Jan-30-15 | Review Court Order regarding February 4 hearing | 0.10 | 40.00 | NO |
| --- | --- | --- | --- | --- |
| | Totals | 3.10 | $1,240.00 | |

FEE SUMMARY:

| | Neil Orleans | 3.10 | $400.00 | $1,240.00 |
| --- | --- | --- | --- | --- |

| **Total Fees & Disbursements** | **$1,240.00** |
| --- | --- |
| Previous Balance | 4,280.00 |
| Previous Payments | 2,592.00 |
| **Balance Due and Owing** | |
| | **$2,928.00** |

## PAYMENT DETAILS

| Jan-09-15 | 672.00 |
| --- | --- |
| Jan-30-15 | 1,920.00 |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

# *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879            Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

**Attention:**   Mr. Jack J. Ezon

| | |
|---|---|
| File #: | 00053-004 |
| Inv #: | 11721 |

**RE:**     Alco Stores/Claims Administration and Objections

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-21-15 | Review Debtor's Notice of Reclamation Claims | 0.10 | 40.00 | NO |
| | Totals | 0.10 | $40.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| Neil Orleans | 0.10 | $400.00 | $40.00 | |

| | |
|---|---|
| **Total Fees & Disbursements** | **$40.00** |
| **Balance Due and Owing** | **$40.00** |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

Case 14-34941-sgj11   Doc 1118-1   Filed 05/15/15   Entered 05/15/15 10:57:17   Page 10 of 43

## *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

**Attention:**   Mr. Jack J. Ezon

File #:        00053-005
Inv #:           11722

**RE:**   Alco Stores/Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-07-15 | Review emails from lead counsel to committee and attachments to the emails (.1); prepare second monthly fee application of Cooley and 3 exhibits for filing and electronically file same (.1); prepare second monthly fee application of GlassRatner and exhibit for filing and electronically file same (.1); email to lead counsel for committee, email to Alco service agent to serve two fee applications (.1); review email from service agent and respond to the email (.1). | 0.50 | 200.00 | NO |
| Jan-13-15 | Prepare ALCO fee statement. | 0.90 | 360.00 | JWR |
| Jan-29-15 | Review E-mail from Committee lead counsel regarding fee application | 0.10 | 40.00 | NO |
| Jan-30-15 | Review Deloitte Fee Application November 1-November 30 | 0.10 | 40.00 | NO |
| | Totals | 1.60 | $640.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| | Judith W. Ross | 0.90 | $400.00 | $360.00 |
| | Neil Orleans | 0.70 | $400.00 | $280.00 |

| Total Fees & Disbursements | $640.00 |
| Previous Balance | 5,280.00 |
| Previous Payments | 3,200.00 |
| **Balance Due and Owing** | |
| | **$2,720.00** |

## PAYMENT DETAILS

| Jan-09-15 | 1,632.00 |
| Jan-30-15 | 1,568.00 |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

Case 14-34941-sgj11   Doc 760   Filed 02/13/15   Entered 02/13/15 08:52:23   Page 15 of 18

### *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

|  |  |
|---|---|
| File #: | 00053-009 |
| **Attention:** Mr. Jack J. Ezon | Inv #: 11723 |

**RE:**   Alco Stores/Hearing Attendance

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-09-15 | Attend Court hearing on three Motions | 1.70 | 680.00 | NO |
| Jan-26-15 | Attend Court hearing | 1.60 | 640.00 | NO |
| | Totals | 3.30 | $1,320.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| Neil Orleans | 3.30 | $400.00 | $1,320.00 | |

| | |
|---|---|
| **Total Fees & Disbursements** | **$1,320.00** |
| Previous Balance | 8,280.00 |
| Previous Payments | 4,256.00 |
| **Balance Due and Owing** | |
| | **$5,344.00** |

**PAYMENT DETAILS**

| | |
|---|---|
| Jan-09-15 | 1,696.00 |
| Jan-30-15 | 2,560.00 |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

### *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879        Fax:214-377-9409

February 2, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | | |
|---|---|---|
| | File #: | 00053-010 |
| **Attention:** Mr. Jack J. Ezon | Inv #: | 11724 |

**RE:** Alco Stores/Expenses

FEE SUMMARY:

**DISBURSEMENTS**

| | | |
|---|---|---:|
| | Photocopies | 73.45 |
| | Postage | 8.33 |
| Jan-14-15 | Courier service | 10.74 |
| | Pacer charges (October 1, 2014 thru December 31, 2014) | 138.90 |
| | Totals | $231.42 |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$231.42** |
| Previous Balance | 1,016.02 |
| Previous Payments | 861.42 |
| **Balance Due and Owing** | |
| | **$386.02** |

**PAYMENT DETAILS**

| | |
|---|---:|
| Jan-09-15 | 739.04 |
| Jan-30-15 | 122.38 |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-001 |
| Inv #: | 11794 |

**Attention:**   Mr. Jack J. Ezon

**RE:**    Alco Stores/Asset Analysis and Recovery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-02-15 | Review creditor objection to proposed reclamation treatment | 0.10 | 40.00 | NO |
| Feb-09-15 | Review information regarding Debtor's Intellectual property | 0.10 | 40.00 | NO |
| | Review GlassRatner Waterfall analysis as of January 31, 2015 | 0.10 | 40.00 | NO |
| | Totals | 0.30 | $120.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| | Neil Orleans | 0.30 | $400.00 | $120.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$120.00** |
| Previous Balance | 1,538.25 |
| Previous Payments | 226.50 |
| **Balance Due and Owing** | **$1,431.75** |

**PAYMENT DETAILS**

| | |
|---|---|
| Feb-23-15 | 226.50 |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-002 |
| Inv #: | 11795 |

**Attention:**   Mr. Jack J. Ezon

**RE:**   Alco Stores/Asset Disposition

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-03-15 | Review Gibson Objection to Debtor's Amended Motion to assume and assign unexpired leases | 0.10 | 40.00 | NO |
| Feb-06-15 | Review 5th Notice regarding rejection of unexpired leases | 0.10 | 40.00 | NO |
| Feb-11-15 | Review Debtor's 6th and 7th Notices regarding Rejection of Unexpired Leases and/or Executory Contracts | 0.10 | 40.00 | NO |
| Feb-13-15 | Review Debtor's Motion to Assume and Assign Unexpired Leases and exhibits thereto ( .1); review Debtor's Motion for Expedited hearing regarding same and proposed Order ( .1). | 0.20 | 80.00 | NO |
| Feb-23-15 | Review Debtor's withdrawal of Motion to assume and assign certain unexpired leases and review Notice of cancellation of hearing on same | 0.10 | 40.00 | NO |
| | Review Debtor's 9th Notice of Rejection of unexpired leases | 0.10 | 40.00 | NO |
| | Review Debtor's Motion for Private Sale of Real and Personal Property and hearing notice thereon (.2). | 0.20 | 80.00 | NO |

| | | | | |
|---|---|---|---|---|
| Review Debtor's 10th Notice of Rejection of unexpired leases | | 0.10 | 40.00 | NO |
| Totals | | 1.00 | $400.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| Neil Orleans | 1.00 | $400.00 | $400.00 | |

| | |
|---|---|
| **Total Fees & Disbursements** | **$400.00** |
| Previous Balance | 304.00 |
| **Balance Due and Owing** | |
| | **$704.00** |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

# *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

**Attention:**    Mr. Jack J. Ezon

File #:         00053-003
Inv #:              11796

**RE:**      Alco Stores/Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-02-15 | Telephone conference with attorney for unsecured creditor | 0.10 | 40.00 | NO |
|  | Review Notice of Agenda for February 4 hearing and Debtor's Witness and Exhibit List | 0.10 | 40.00 | NO |
|  | Review E-mails from committee lead counsel and respond to the E-mails | 0.10 | 40.00 | NO |
| Feb-04-15 | Review several Objections regarding reclamation claims | 0.20 | 80.00 | NO |
| Feb-05-15 | Review Amended Notice of hearing regarding Realty Income Application for Administrative Expense, withdrawal of said Notice and Motion for Continuance regarding the Application | 0.10 | 40.00 | NO |
| Feb-06-15 | Review E-mails from lead Committee counsel | 0.10 | 40.00 | NO |
|  | Review hearing Notice | 0.10 | 40.00 | NO |
|  | Review 1st and 2nd Omnibus Objections to 503 (b) ( 9 ) claims | 0.10 | 40.00 | NO |
| Feb-09-15 | Review Court Order regarding assumption and assignment of debtor's leases | 0.10 | 40.00 | NO |

| | | | | |
|---|---|---|---|---|
| | Review Debtor's Motion to Extend Exclusivity to file a Plan and notice of hearing of the Motion | 0.10 | 40.00 | NO |
| Feb-10-15 | Review several E-mails from lead Committee counsel | 0.20 | 80.00 | NO |
| | Review Debtor's 1st ,2nd, 3rd and 4th omnibus objections to 503 (b) ( 9 ) claims (. 2) , review Notices of hearing regarding same (.1). | 0.30 | 120.00 | NO |
| | Participate in Creditors Committee call | 0.90 | 360.00 | NO |
| | Review order to assume and assign certain unexpired leases | 0.10 | 40.00 | NO |
| Feb-12-15 | Review Order vacating order regarding assignment/assumption of unexpired leases | 0.10 | 40.00 | NO |
| | Review E-mail from attorney for a landlord and E-mail from lead Committee counsel | 0.10 | 40.00 | NO |
| Feb-16-15 | Review E-mail from lead Committee counsel and respond to the E-mail, E-mail to Assistant U.S. Trustee, review E-mail from Assistant U.S. Trustee and respond to the E-mail | 0.20 | 80.00 | NO |
| Feb-17-15 | Review Stipulation regarding Eastman Family Trust | 0.10 | 40.00 | NO |
| | Review Court Order regarding expedited hearing | 0.10 | 40.00 | NO |
| Feb-18-15 | E-mail to UST regarding composition of Creditors Committee | 0.10 | 40.00 | NO |
| Feb-19-15 | Review E-mail from Assistant U.S. Trustee and respond to the E-mail | 0.10 | 40.00 | NO |
| Feb-20-15 | Review Debtor's Omnibus Objection to Reclamation Claims and review hearing date thereon | 0.20 | 80.00 | NO |
| | Review Debtor's December 1, 2014 - January 4, 2015 Monthly Operating Report | 0.10 | 40.00 | NO |
| | Review several E-mails from the | 0.10 | 40.00 | NO |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Court regarding Orders for assumption and assignment of unexpired leases |  |  |  |
|  | Review Cocca Application for Administrative Expense | 0.10 | 40.00 | NO |
|  | Review Debtor's 8th Notice of rejection of unexpired leases | 0.10 | 40.00 | NO |
|  | Review E-mails from Assistant U.S. Trustee and respond to the E-mails | 0.10 | 40.00 | NO |
| Feb-22-15 | Review E-mail from lead counsel to the Creditors Committee | 0.10 | 40.00 | NO |
| Feb-25-15 | E-mail to Assistant U.S. Trustee regarding appointment of additional Creditors Committee member, review E-mail from Assistant U.S. Trustee and respond to her E-mail | 0.10 | 40.00 | NO |
| Feb-26-15 | Review Agreed Motion to continue hearing on administrative claim of Show time Sales | 0.10 | 40.00 | NO |
|  | Review E-mail from Assistant U.S. Trustee, E-mail to lead Committee counsel regarding same, review E-mails from lead Committee counsel and respond to the E-mails, E-mail to Assistant U.S. Trustee- all regarding composition of Creditors Committee | 0.20 | 80.00 | NO |
| Feb-27-15 | Review Agreed Motion to continue hearing on Texas Parks and Wildlife Motion | 0.10 | 40.00 | NO |
|  | Totals | 4.70 | $1,880.00 |  |

FEE SUMMARY:

|  |  |  |  |  |
|---|---|---|---|---|
|  | Neil Orleans | 4.70 | $400.00 | $1,880.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$1,880.00** |
| Previous Balance | 2,928.00 |
| Previous Payments | 832.00 |
| **Balance Due and Owing** | |
| | **$3,976.00** |

## PAYMENT DETAILS

Feb-23-15                                                                                    832.00

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-005 |
| Inv #: | 11797 |

**Attention:**   Mr. Jack J. Ezon

**RE:**     Alco Stores/Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-03-15 | Review E-mail from lead Committee counsel, review two certificates of No Objection, E-mail to lead Committee counsel | 0.10 | 40.00 | NO |
| | Work on draft of interim fee application. | 2.30 | 690.00 | ES |
| Feb-04-15 | Prepare certificate of no objection for December 2014 (.1); prepare fee statements for January of 2015 (.5). | 0.60 | 240.00 | JWR |
| Feb-05-15 | Finalize statement of fees and expenses for January through January 31 for filing. | 0.20 | 80.00 | JWR |
| | Review E-mail from lead Committee counsel and respond to the E-mail, review attached documentation, E-mail to Prime Clerk regarding service of Dockets 717 and 718, review E-mail from Prime Clerk and respond to the E-mail | 0.40 | 160.00 | NO |
| Feb-10-15 | Work on draft of interim fee application. | 0.80 | 240.00 | ES |
| Feb-11-15 | Work on draft of interim fee application. | 3.40 | 1,020.00 | ES |
| Feb-12-15 | Work on draft of interim fee application. | 5.70 | 1,710.00 | ES |

| | | | | |
|---|---|---|---|---|
| Feb-13-15 | Review and revise first interim application . | 0.50 | 200.00 | JWR |
| | Review E-mails from lead Committee counsel and respond to the E-mails | 0.10 | 40.00 | NO |
| | Review and revisions to monthly fee statement. | 0.20 | 60.00 | ES |
| Feb-16-15 | Review Cooley fee application for filing. | 0.40 | 160.00 | JWR |
| | Telephone conference with lead Committee counsel (.1); E-mail to lead Committee counsel, review E-mail from same and attachments to the E-mail, E-mail to lead Committee counsel ( .2)., review second E-mail from lead Committee counsel and attachments to the E-mail, E-mail to lead Committee counsel (.1). | 0.40 | 160.00 | NO |
| | Conduct final review and make revisions to interim fee application, electronically file same, and cause same to be served on appropriate parties. | 0.80 | 240.00 | ES |
| Feb-17-15 | Review GlassRatner's first interim application before filing. | 0.30 | 120.00 | JWR |
| | Telephone conference with lead Committee counsel (.1); E-mail to Prime Clerk regarding service of Fee Applications, review E-mail from same and respond to the E-mail (.1). | 0.20 | 80.00 | NO |
| Feb-23-15 | Review E-mail from lead Committee counsel regarding Certificates of No Objection and respond to the E-mail | 0.10 | 40.00 | NO |
| Feb-24-15 | Review GlassRatner third fee statement for January (.2); review Cooley third interim fee statement for January (.2). | 0.40 | 160.00 | JWR |
| | Review E-mail from lead attorney for the Creditors Committee | 0.10 | 40.00 | NO |
| | Totals | 17.00 | $5,480.00 | |

Invoice #: 11797       Page 3       February 28, 2015
Case 14-34941-sgj11   Doc 1118-1   Filed 05/15/15   Entered 05/15/15 10:57:17   Desc
Exhibit A Time Descriptions     Page 26 of 43

FEE SUMMARY:

| | | | |
|---|---|---|---|
| Judith W. Ross | 2.40 | $400.00 | $960.00 |
| Neil Orleans | 1.40 | $400.00 | $560.00 |
| Eric Soderlund | 13.20 | $300.00 | $3,960.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$5,480.00** |
| Previous Balance | 2,720.00 |
| Previous Payments | 1,024.00 |
| **Balance Due and Owing** | |
| | **$7,176.00** |

**PAYMENT DETAILS**

Feb-23-15                                                     1,024.00

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

### *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-007 |
| Inv #: | 11798 |

**Attention:**   Mr. Jack J. Ezon

**RE:**     Alco Stores/Plan and Disclosure Statement

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-17-15 | Brief review of Disclosure Statement and Plan | 0.30 | 120.00 | NO |
| Feb-18-15 | Review Debtor's Liquidation Analysis as of January 31, 2015 | 0.10 | 40.00 | NO |
| Feb-24-15 | Review Notice of Hearing regarding Disclosure Statement | 0.10 | 40.00 | NO |
| | Totals | 0.50 | $200.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| | Neil Orleans | 0.50 | $400.00 | $200.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$200.00** |
| **Balance Due and Owing** | |
| | **$200.00** |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-009 |
| Inv #: | 11799 |

**Attention:**   Mr. Jack J. Ezon

**RE:**   Alco Stores/Hearing Attendance

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-04-15 | Attend Court hearing | 1.50 | 600.00 | NO |
| | Totals | 1.50 | $600.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| | Neil Orleans | 1.50 | $400.00 | $600.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$600.00** |
| Previous Balance | 5,344.00 |
| Previous Payments | 2,368.00 |
| **Balance Due and Owing** | |
| | **$3,576.00** |

**PAYMENT DETAILS**

| | |
|---|---|
| Feb-23-15 | 2,368.00 |

TAX ID 46-2001231


REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

*Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

February 28, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-010 |
| Inv #: | 11800 |

**Attention:**   Mr. Jack J. Ezon

**RE:**    Alco Stores/Expenses

FEE SUMMARY:

# DISBURSEMENTS

| | | | |
|---|---|---:|---:|
| | Courier | 10.64 | |
| | Photocopies | 103.60 | |
| | Postage | 24.01 | |
| Feb-05-15 | Courier | 10.64 | |
| | Totals | $148.89 | |
| | **Total Fees & Disbursements** | | **$148.89** |
| | Previous Balance | | 386.02 |
| | Previous Payments | | 154.60 |
| | **Balance Due and Owing** | | |
| | | | **$380.31** |

# PAYMENT DETAILS

| | |
|---|---:|
| Feb-23-15 | 154.60 |

TAX ID 46-2001231


REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879            Fax:214-377-9409

March 31, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-002 |
| Inv #: | 11828 |

**Attention:**   Mr. Jack J. Ezon

**RE:**      Alco Stores/Asset Disposition

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-04-15 | Review 11th Notice of Rejection of executory contracts or unexpired leases | 0.10 | 40.00 | NO |
| Mar-06-15 | Review Debtor's 12th Notice regarding rejection of executory contract | 0.10 | 40.00 | NO |
| Mar-26-15 | Review Debtor's Motion to sell real and personal property | 0.10 | 40.00 | NO |
| | Totals | 0.30 | $120.00 | |

FEE SUMMARY:

| | | | | |
|---|---|---|---|---|
| Neil Orleans | 0.30 | $400.00 | $120.00 | |

| | |
|---|---|
| **Total Fees & Disbursements** | **$120.00** |
| Previous Balance | 704.00 |
| Previous Payments | 192.00 |
| **Balance Due and Owing** | |
| | **$632.00** |

## PAYMENT DETAILS

Mar-24-15                                                      192.00

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

### *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                     Fax:214-377-9409

March 31, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | | | |
|---|---|---|---|
| | | File #: | 00053-003 |
| **Attention:** Mr. Jack J. Ezon | | Inv #: | 11829 |

**RE:**      Alco Stores/Case Administration

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-15 | Review Debtor's Motion to sell real and personal property via private sale | 0.10 | 40.00 | NO |
| Mar-03-15 | Review Notice of Hearing regarding Motion of Texas Parks and Wildlife Turnover Motion | 0.10 | 40.00 | NO |
| | Review Motion of Realty Income to continue hearing regarding administrative expense | 0.10 | 40.00 | NO |
| | Review E-mail from lead Committee counsel | 0.10 | 40.00 | NO |
| Mar-04-15 | Review Debtor's Motion and proposed Order regarding entry of Order for Disclosure Statement, to establish voting procedures and related matters (.2); review notice of Hearing regarding said Motion set for April 10, 2015 (.1); review Notice of Withdrawal of Motion to set cure amounts for leases assumed and assigned (.1); review Agenda for March 6, 2015 hearing (.1); review Witness and Exhibit List for March 6 hearing (.1). | 0.60 | 240.00 | NO |
| | E-mail to Assistant U.S. Trustee regarding appointment of replacement member to Creditors Committee, review E-mail from same and respond to the E-mail, E-mail to lead Committee counsel (.1), telephone conference with lead Committee counsel regarding same ( | 0.40 | 160.00 | NO |

| | | | | |
|---|---|---|---|---|
| | .1). review E-mail from lead Committee counsel and respond to the E-mail, E-mail to Assistant U.S. Trustee, review E-mail from Assistant U.S. Trustee and respond to the E-mail, E-mail to lead Committee counsel , review E-mail from lead Committee counsel and respond to the E-mail all regarding Committee membership (.2). | | | |
| | Review three Court Orders resetting hearings and one Court Order resetting April 8 hearings to April 10 | 0.10 | 40.00 | NO |
| Mar-05-15 | Review E-mail from lead Committee counsel and respond to the E-mail | 0.10 | 40.00 | NO |
| | Review Firefly Properties application for allowance and payment of administrative expense | 0.10 | 40.00 | NO |
| | Review Notice of hearing regarding Showtime Sales request for administrative claim | 0.10 | 40.00 | NO |
| Mar-06-15 | E-mail to lead Committee counsel regarding Court ruling at March 6, 2015 hearing | 0.10 | 40.00 | NO |
| | Review Court Order extending exclusivity | 0.10 | 40.00 | NO |
| Mar-09-15 | Review E-mails from the Court | 0.10 | 40.00 | NO |
| | Review Debtors Omnibus Objection to Motions to Compel and requests for payment of Administrative Expenses | 0.10 | 40.00 | NO |
| Mar-11-15 | Review Motion of 1988 Taylor Family Trust , et .al. for Allowance and Payment of Administrative Expense | 0.10 | 40.00 | NO |
| Mar-13-15 | Review 1988 Taylor Family Trust  Motion to Compel | 0.10 | 40.00 | NO |
| Mar-16-15 | Review Notice of Agenda and Debtor's Witness and Exhibit List for 3/19/2015 hearing | 0.10 | 40.00 | NO |
| Mar-17-15 | E-mail to lead Committee counsel regarding March 19 th hearing, review E-mail from same and respond to the E-mail | 0.10 | 40.00 | NO |

| | | | | |
|---|---|---|---|---|
| Mar-18-15 | Telephone conference with attorney for unsecured creditor Dorel Juvenile (.1); E-mail to lead Committee counsel, review E-mail from same and respond to the E-mail (.1). | 0.20 | 80.00 | NO |
| | Review Amended Appointment of Official Committee of Unsecured Creditors | 0.10 | 40.00 | NO |
| | Review E-mail from lead Committee counsel to members of the Committee and to Texas counsel for the Committee | 0.10 | 40.00 | NO |
| Mar-19-15 | Review Motion of Muleshoe, LLC for administrative priority claim | 0.10 | 40.00 | NO |
| | Review Motion of Vinton, LLC for administrative priority claim | 0.10 | 40.00 | NO |
| | Review Notice of Hearing of Realty Income Corporation Application for Administrative Expense | 0.10 | 40.00 | NO |
| Mar-20-15 | Review Mahco Motion to allow late filed Claim | 0.10 | 40.00 | NO |
| Mar-24-15 | Review Courtroom minutes for March 19 hearing | 0.10 | 40.00 | NO |
| | Review Notice of Rescheduled hearing of Fee Application of DLA Piper | 0.10 | 40.00 | NO |
| Mar-25-15 | Review Motion of Concord Corners for Allowance of Administrative expense | 0.10 | 40.00 | NO |
| Mar-27-15 | Review Court Order approving sale of Mobile home in Parshall, North Dakota | 0.10 | 40.00 | NO |
| | Review Court Order regarding Stipulation and Order with Jet Star Marketing | 0.10 | 40.00 | NO |
| | Review Court Orders regarding Private sale of certain Debtor owned real property and assets free and clear of liens | 0.20 | 80.00 | NO |
| Mar-28-15 | Review Debtor's Motion for expedited hearing of Motion to sell real and personal property | 0.10 | 40.00 | NO |

| | | | | |
|---|---|---|---|---|
| Mar-30-15 | Review order regarding turnover of funds to Texas Parks and Wildlife. | 0.10 | 40.00 | NO |
| | Review email from lead committee counsel and respond to the email. | 0.10 | 40.00 | NO |
| Mar-31-15 | Review order and notice of hearing regarding expedited hearing for debtor's motion to sell real and personal property (.1);review email from U. S. Trustee regarding case deficiencies. | 0.20 | 80.00 | NO |
| | Totals | 4.60 | $1,840.00 | |

FEE SUMMARY:

| | | | |
|---|---|---|---|
| Neil Orleans | 4.60 | $400.00 | $1,840.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$1,840.00** |
| Previous Balance | 3,976.00 |
| Previous Payments | 992.00 |
| **Balance Due and Owing** | |
| | **$4,824.00** |

**PAYMENT DETAILS**

| | |
|---|---|
| Mar-24-15 | 992.00 |

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

### *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

March 31, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-005 |
| Inv #: | 11830 |

**Attention:**   Mr. Jack J. Ezon

**RE:**      Alco Stores/Fee/Employment Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-03-15 | Telephone conference with Courtroom Deputy regarding Fee Application | 0.10 | 40.00 | NO |
| Mar-12-15 | Locate and transmit orders approving Cooley and GlassRatner orders for filing with the court. | 0.10 | 40.00 | JWR |
| Mar-13-15 | Review E-mail from lead Committee counsel and respond to the E-mail (.1), review Certificates (.1); E-mail to lead Committee counsel, E-mail to ALCO servicing agent (.1). | 0.30 | 120.00 | NO |
| Mar-16-15 | Prepare statement of fees and expenses of Ross Law Firm through February 28, 2015. | 0.70 | 280.00 | JWR |
| | Brief review of Fee Application of Debtor's counsel for period December 1- December 31, 2014 | 0.20 | 80.00 | NO |
| Mar-18-15 | Review Supplemental Notice of First Interim fee Application of Debtor's Counsel | 0.10 | 40.00 | NO |
| | Totals | 1.50 | $600.00 | |

FEE SUMMARY:

| | | | |
|---|---|---|---|
| Judith W. Ross | 0.80 | $400.00 | $320.00 |

$400.00                           $280.00

|  |  |
|---|---:|
| **Total Fees & Disbursements** | **$600.00** |
| Previous Balance | 7,176.00 |
| Previous Payments | 512.00 |
| **Balance Due and Owing** |  |
|  | **$7,264.00** |

## PAYMENT DETAILS

Mar-24-15                                                   512.00

TAX ID 46-2001231

REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

### *Judith Ross, PC*

700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879          Fax:214-377-9409

March 31, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

**Attention:**  Mr. Jack J. Ezon

File #:         00053-009
Inv #:           11831

**RE:**    Alco Stores/Hearing Attendance

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-06-15 | Attend Court hearing on extension of Exclusivity to file a Plan and solicit acceptances | 1.10 | 440.00 | NO |
| Mar-19-15 | Attend Court hearing on Debtor's Motion to sell real and personal property | 1.20 | 480.00 | NO |
| | Totals | 2.30 | $920.00 | |

FEE SUMMARY:

| | | | | |
|--|--|--|--|--|
| Neil Orleans | 2.30 | $400.00 | $920.00 | |

| | |
|--|--|
| **Total Fees & Disbursements** | **$920.00** |
| Previous Balance | 3,576.00 |
| Previous Payments | 1,056.00 |
| **Balance Due and Owing** | |
| | **$3,440.00** |

**PAYMENT DETAILS**

Mar-24-15                                                                1,056.00

TAX ID 46-2001231


REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201

## *Judith Ross, PC*
700 N. Pearl St., Ste. 1610
Dallas, Texas 75201

Ph:214-377-7879                    Fax:214-377-9409

March 31, 2015

Chairperson of the Official Committee of Unsecured Creditors of Alco Stores, Inc.
1370 Broadway, 6th Floor
New York, NY 10018

| | |
|---|---|
| File #: | 00053-010 |
| Inv #: | 11832 |

**Attention:**   Mr. Jack J. Ezon

**RE:**   Alco Stores/Expenses

FEE SUMMARY:

## DISBURSEMENTS

| | | |
|---|---|---|
| | Photocopies | 35.00 |
| | Postage | 11.27 |
| Feb-24-15 | Courier | 10.64 |
| Mar-13-15 | Courier | 10.64 |
| | Totals | $67.55 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$67.55** |
| Previous Balance | 380.31 |
| Previous Payments | 231.42 |
| **Balance Due and Owing** | |
| | **$216.44** |

## PAYMENT DETAILS

Mar-24-15                                    231.42

TAX ID 46-2001231


REMIT TO:
Judith Ross, PC
700 N. Pearl St., Ste. 1610
Dallas, TX 75201