**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ALCO STORES, INC., *et al.*, | : | Case No. 14-34941 |
| Debtors.[1] | : | Jointly Administered |

**ORDER GRANTING JUDITH W. ROSS, PC's**
**SECOND INTERIM FEE APPLICATION REQUEST**

Judith W. Ross, PC (the "**Firm**"), having filed a second interim fee application request for compensation and reimbursement of expenses in its capacity as Texas Committee Counsel (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ALCO STORES, INC., a Kansas corporation (1080); and ALCO Holdings, LLC, a Texas limited liability company (0364). The mailing address of the Debtors, solely for purposes of notices and communications, is ALCO Stores, Inc., 751 Federal Parkway, Coppell, Texas 75019.

"**Application**"), and the Court having considered the Application, and finding that notice of the Application was adequate, that the services provided by the Firm were reasonable and necessary and beneficial to the estate, and that good cause appears, it is therefore:

ORDERED that the Application is GRANTED to the extent provided herein. It is further

ORDERED that the Firm's fees incurred during the first interim fee period, in the total amount of **$16,200.00**, and expenses incurred during the course of this case, in the total amount of **$447.86**, are allowed and approved. It is further

ORDERED that the Debtor is authorized and ordered to make payment of all fees and expenses approved herein that have not otherwise already been paid.

###END OF ORDER###

Prepared and submitted by:

*/s/ Eric Soderlund*
Judith W. Ross
State Bar No. 21010670
Neil J. Orleans
State Bar No. 15303500
Eric Soderlund
State Bar No. 24037525
**Law Offices of Judith W. Ross**
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-8659
Facsimile: 214-377-9409
Email:  judith.ross@judithwross.com
           neil.orleans@judithwross.com
           eric.soderlund@judithwross.com

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS